Bevin Allen Pike (SBN 221936)
Bevin.Pike@capstonelawyers.com
Daniel Jonathan (SBN 262209)
Daniel.Jonathan@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiff Sabrina Reed

Gregory W. Knopp (SBN 237615)
gknopp@proskauer.com
Sehreen Ladak (SBN 307895)
sladak@proskauer.com
Jennifer J. McDermott (SBN 339796)
jmcdermott@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Defendant Tapestry, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SABRINA REED, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>TAPESTRY, INC. which will do business in California as COACH LEATHERWARE CALIFORNIA, INC., a Maryland corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 5:22-cv-04546-PCP<br><br>Assigned to the Hon. P. Casey Pitts<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION TO THE CALIFORNIA SUPERIOR COURT** |

Based on the Parties' stipulation and good cause appearing therefore, the Court orders this matter shall be remanded to the Santa Clara County Superior Court for the purposes of approving the Parties' settlement only.

**IT IS SO ORDERED.**

Dated: January 16, 2025

HON. P. CASEY PITTS
United States District Judge